IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY D. LEISER,

    Plaintiff,

    v.

DR. KARL M. HOFFMANN, NURSE TONI
JOHNSON, CANDESS WARNER,
MS. BAKER, NURSE L. DOBBERT,
NURSE N. KRAHENBUKL, NURSE B.
RINK, DEPUTY WARDEN TIM THOMAS,
OFFICER RICK, OFFICER KUECKER,
AND NURSE K. FRISK,

    Defendants.

Case No.  18-cv-277-slc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

9/8/2020
Date